# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 14-15-GF-BMM |
| Plaintiff, | |
| vs. | ORDER AMENDING JUDGMENT |
| ELAINE FAST HORSE, | |
| Defendant. | |

Defendant Elaine Fast Horse having filed an Unopposed Motion to Amend the Judgment and good cause appearing;

IT IS HEREBY ORDERED that the Judgment (Doc. 94) shall be amended to read as follows:

"The Defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of Until March 17, 2020 at 8:00 a.m."

DATED this __26th__ day of February, 2020.

_____
Brian Morris
United States District Court Judge

1